No. 90–1752. THOMAS v. BLISS & LAUGHLIN STEEL CO., *ante*, p. 811;

No. 90–1797. POLYAK v. BOSTON ET AL., *ante*, p. 813;

No. 90–8017. RILEY v. PLANTIER, SUPERINTENDENT, ADULT DIAGNOSTIC AND TREATMENT CENTER, *ante*, p. 830;

No. 90–8123. ARTHUR v. UNITED STATES, *ante*, p. 833;

No. 90–8134. SMITH v. DOUGHERTY ET AL., *ante*, p. 834;

No. 90–8195. AMUNTHAIYAKUL v. UNITED STATES, *ante*, p. 837;

No. 90–8289. RAY v. PACIFIC MISSILE TEST CENTER AGENCY ET AL., *ante*, p. 842;

No. 90–8363. IN RE HERRERA ET AL., *ante*, p. 806;

No. 90–8371. COX v. UNITED STATES, *ante*, p. 847;

No. 90–8401. JURAS v. AMAN COLLECTION SERVICE, INC., ET AL., *ante*, p. 849;

No. 90–8422. IN RE STICH, *ante*, p. 806;

No. 91–12. MCINTYRE v. DEPARTMENT OF THE ARMY, *ante*, p. 856;

No. 91–5068. GENNINGER v. BUTLER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTE, NORFOLK, *ante*, p. 873;

No. 91–5086. ELDRIDGE v. BERNET, *ante*, p. 874;

No. 91–5102. SMITH v. TEXAS, *ante*, p. 875;

No. 91–5382. HILL v. UNITED STATES, *ante*, p. 890;

No. 91–5595. SCHLICHER v. ROBERTS ET AL., *ante*, p. 926;

No. 91–5598. WASHINGTON v. GARRETT, *ante*, p. 915; and

No. 91–5714. MAUZONE v. ROLLINS, WARDEN, ET AL., *ante*, p. 917. Petitions for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of these petitions.

No. 90–1479. GROVER v. ROCHELEAU ET AL., 500 U. S. 918;

No. 90–5842. DARLINGTON v. UNITED STATES, 498 U. S. 961; and

No. 90–7530. DELFIN v. OFFICE OF PERSONNEL MANAGEMENT, 500 U. S. 924. Motions for leave to file petitions for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of these motions.